UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No: 17- *10186* 11:06 |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | 18 U.S.C. §922(g)(8) |
| JOSEPH GARGIULO, | ) | Prohibited Person in |
| | ) | Possession of Ammunition |
| Defendant. | ) | |
| | ) | 18 U.S.C. §924(d) and |
| | ) | 28 U.S.C. §2461(c) – |
| | ) | Criminal Forfeiture |

## INFORMATION

**COUNT ONE:** 18 U.S.C. §922(g)(8) – Possession of Ammunition by a Prohibited Person)

The Acting United States Attorney charges that:

On or about August 26, 2016, at Holliston, in the District of Massachusetts,

**JOSEPH GARGIULO,**

defendant herein, who was subject to a court order issued by the Wrentham District Court on or about June 20, 2016, docket number 167RO-132, that was issued after a hearing of which defendant received actual notice, and at which defendant had an opportunity to participate, restraining defendant from harassing, stalking, and threatening an intimate partner of defendant, and from engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner, and which, by its terms, explicitly prohibited the use, attempted use and threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury, and that included a finding that defendant represents a credible threat to the physical safety of such intimate partner, did knowingly possess, in and affecting interstate and foreign commerce, ammunition, to wit: 253 rounds of 5.56 millimeter ammunition

1

manufactured by Lake City Ammunition and 100 rounds of 9 millimeter ammunition manufactured by Blazer.

All in violation of Title 18, United States Code, Section 922(g)(8).

## FIREARM FORFEITURE ALLEGATION
### 18 U.S.C. §924(d) and 28 U.S.C. §2461(c)

The Acting United States Attorney further alleges:

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(8), set forth in Count One of this Indictment,

**JOSEPH GARGIULO,**

Defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense, including, but not limited to the following:

    (a) 253 rounds of 5.56 millimeter ammunition manufactured by Lake City Ammunition; and

    (b) 100 rounds of 9 millimeter ammunition manufactured by Blazer.

2. If any of the property described in Paragraph 1 above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant -

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated in Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

3

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

                                                                 Mark J. Grady
                                                                 Assistant United States Attorney

Dated: 6·13·17